# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK JEROME ALLEN

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2019 CW 1362

**DEC 2 3 2019**

---

In Re:    Derrick Jerome Allen, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 679492.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED WITH ORDER.** The district court is ordered to
act on relator's motion to strike defendant's answer filed on
June 7, 2019 and provide this court with a copy of the action on
or before January 22, 2020.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
'DEPUTY CLERK OF COURT
      FOR THE COURT